IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: Cases Nos. 01-2697, 01-2701, 01-2727, 01-2771. 01-2848, 01-2874, 01-2903, 01-2982, 01-3066, 01-3265, 01-3280, 01-3316, 01-3336, 01-3441 / | Master File No. C 01-2661 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASES FOR STATISTICAL PURPOSES ONLY** |

The following cases have been consolidated for all further proceedings with <u>In re Exodus Communications, Inc Securities Litigation</u>, C-01-2661 MMC:

<u>Frisher v. Exodus Communications, Inc.</u>, C-01-2697 MMC
<u>Ostereicher v. Exodus Communications, Inc.</u>, C-01-2701 MMC
<u>Kucera v. Exodus Communications, Inc.</u>, C-01-2727 MMC
<u>Newman v. Exodus Communications, Inc.</u>, C-01-2771 MMC
<u>Ettedgui v. Exodus Communications, Inc.</u>, C-01-2848 MMC
<u>Haas v. Exodus Communications, Inc.</u>, C-01-2874 MMC
<u>Harman v. Exodus Communications, Inc.</u>, C-01-2903 MMC
<u>Satloff v. Exodus Communications, Inc.</u>, C-01-2982 MMC
<u>Noble v. Exodus Communications, Inc.</u>, C-01-3066 MMC
<u>Katz v. Exodus Communications, Inc.</u>, C-01-3265 MMC
<u>Hsu v. Exodus Communications, Inc.</u>, C-01-3280 MMC
<u>Evans v. Exodus Communications, Inc.</u>, C-01-3316 MMC
<u>Nguyen v. Exodus Communications, Inc.</u>, C-01-3336 MMC
<u>Abbruzzino v. Exodus Communications, Inc.</u>, C-01-3341 MMC

As all ongoing matters are being filed in case no. C-01-2661 MMC, there appears to be no reason at this time to maintain the remainder of the cases as open files for statistical purposes. Accordingly, said cases are hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of

1 these actions, and, should further proceedings become necessary or desirable, any party
2 may initiate them in the same manner as if this order has not been entered.
3 **IT IS SO ORDERED.**
4 Dated: August 5, 2005

_____
Maxine M. Chesney
United States District Judge